[No. 555-3.    Division Three.    December 10, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES DICKERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 2828, James J. Lawless, J., entered January 28, 1972. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 798-3.    Division Three.    December 11, 1973.]

JERRY A. NAIMY, *as Administrator, Appellant*, v. ARTHUR L. HAWMAN *et al., Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 61272, entered January 11, 1973. *Reversed* by unpublished opinion per McInturff, J., concurred in by Munson, J., and Evans, J. Pro Tem.

[No. 826-2.    Division Two.    December 12, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 61116, John H. Kirkwood, Jr., J., entered July 7, 1972. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Ryan, J. Pro Tem.

[No. 947-2.    Division Two.    December 14, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN J. HASELTINE, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 5208-C, James J. Lawless, J., entered November 30, 1972. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.